THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL PAOLOS and BOB LEWIS. — Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JULIUS GOLDMAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM BRYAN. Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of WILLIAM JENNINGS v. MEYER BLOOM.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MANUFACTURERS FINANCE CORPORATION v. FRANK ANDERSON and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN PADDEN.— Motion granted and appellant's time within which to file the record on appeal and appellant's points extended to and including November 1, 1930, with notice of argument for November 18, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JEAN McGRAW.— Motion granted, and appellant's time within which to serve and file the record on appeal and appellant's points extended to and including November 1, 1930, with notice of argu-